UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE EO 5. an individual,<br><br>Plaintiff,<br><br>vs.<br><br>THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, et al,<br><br>Defendants. | Case No. 5:24-CV-02151-SSS-SHK<br><br>Judge:  Hon. Sunshine S. Sykes<br><br>[Discovery Document: Referred to Magistrate Judge: Shashi H. Kewalramani]<br><br>[~~PROPOSED~~] ORDER RE STIPULATED PROTECTIVE ORDER<br><br>Trial Date:   March 2. 2026 |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

IT IS SO ORDERED.

DATED: 1/24/25

_____
Hon. Shashi H. Kewalramani
United States Magistrate Judge